# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:15-cv-00224-DOC (RNBx)            Date: June 19, 2015

Title: STARBUZZ TOBACCO, INC. v. PHILIP MELNICK

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Nancy Boehme | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                  None Present

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: MOTION FOR DEFAULT JUDGMENT**

On March 27, 2015, the Clerk entered a default in this case (Dkt. #12) pursuant to Plaintiff's request. However, Plaintiff has not yet filed a motion for default judgment.

The Court hereby ORDERS Plaintiff to file a motion for default judgment or, in the alternative, a brief statement of reasons for not doing so, by **July 6, 2015.** If Plaintiff files a motion for default judgment, Plaintiff must submit a proposed order and proposed judgment for the relief requested to DOC_Chambers@cacd.uscourts.gov when the motion is filed.

Failure to respond to this order may result in this case being dismissed for failure to prosecute.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                Initials of Deputy Clerk: nkb